NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BOBBY JAHSWONN McNEAL,                    )
                                          )
                Appellant,                )
                                          )
v.                                        )        Case No. 2D18-650
                                          )
STATE OF FLORIDA,                         )
                                          )
                Appellee.                 )
_____      )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.


            Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.